UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>   Plaintiff,<br><br>REDDY, et al.,<br><br>   Defendants. | 1:17-cv-00569 BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN **FORTY-FIVE DAYS** |

  Plaintiff Christopher Lipsey, Jr., is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the form for application to proceed in forma pauperis for a prisoner;
2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis, or in the alternative, pay the $400.00 filing fee for this action; and
3. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **April 20, 2017**         /s/ *Barbara A. McAuliffe*
                   UNITED STATES MAGISTRATE JUDGE