# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DR. REDDY, et al., <br><br> Defendants. | 1:17-cv-00569-LJO-BAM (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE MOTION FOR PRELIMINARY INJUNCTION <br><br> (ECF No. 20) <br><br> ORDER STRIKING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION, ECF NO. 14 |

Plaintiff Christopher Lipsey ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

Currently before the Court is Plaintiff's motion to strike his motion for preliminary injunction, filed on July 5, 2017. (ECF No. 20.)

Plaintiff states in that motion that he mistakenly sent a motion for preliminary injunction to the Clerk of this Court, which was meant to be sent to the Sacramento Division of the Eastern District of California. The motion was filed in this court on June 19, 2017, at ECF No. 14 on the docket.

For good cause shown, Plaintiff's request is GRANTED, and Plaintiff's motion for preliminary injunction, filed on June 19, 2017 (ECF No. 14), is HEREBY STRICKEN.

1

1 | Plaintiff also requests that his motion be forwarded to the Sacramento Division. The Court shall not grant this request; it is unclear what action or action(s) Plaintiff has pending in the Sacramento Division, or what the case this motion is related to, if any. As Plaintiff has been previously informed, any future filings with the Sacramento Division may be sent to: United States District Court, Eastern District of California, 501 "I" Street, Suite 4-200, Sacramento, CA 95814. Plaintiff must include the appropriate case number on all filings with this Court or any other court, to avoid confusion.

IT IS SO ORDERED.

    Dated: **July 7, 2017**            /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE