# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>          Plaintiff,<br><br>     vs.<br><br>DR. REDDY, et al.,<br><br>          Defendants. | Case No.:  1:17-cv-00569-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, (ECF No. 10), AND DISMISSING CERTAIN CLAIMS FOR IMPROPER VENUE AND JOINDER<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, (ECF No. 12), AND DISMISSING CERTAIN CLAIMS FOR THE FAILURE TO STATE A COGNIZABLE CLAIM |

Plaintiff Christopher Lipsey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On June 6, 2017, the Magistrate Judge issued findings and recommendations recommending that Plaintiff's claims I-V, and IX be dismissed from this action, without prejudice, due to improper venue and being improperly joined.  (ECF No. 10.)  The Findings and Recommendations were served on Plaintiff and contained notice that any objections must be filed within thirty days after service of that order.  (Id. at 4.)  Plaintiff's claims VI, VII and VIII were also screened, and Plaintiff was granted an opportunity to amend them, (ECF No. 9), which he subsequently declined, (ECF No. 11).

On June 19, 2017, the Magistrate Judge issued findings and recommendations recommending that this action proceed only on Plaintiff's claim for excessive force in violation of the Eighth Amendment against Defendants Hernandez, Celedon, and Mancilla for allegedly attacking Plaintiff on March 21, 2016, and that Plaintiff's other claims against these Defendants

be dismissed for the failure to state a claim upon which relief may be granted. (ECF No. 12.) The findings and recommendations were served on Plaintiff and contained notice that any objections must be filed within fourteen days after service of that order. (Id. at 4.)

The deadlines for any objections to the foregoing findings and recommendations have expired, and no objections have been filed. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case and carefully reviewed the entire file. The Court finds that the findings and recommendations are supported by the record and by proper analysis.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations dated June 6, 2017 (ECF No. 10) are adopted in full;
2. Plaintiff's claims against Dr. Reddy, MTA Smith, MTA Ortiz, Law Librarian Kalil, Librarian Supervisor K. Spencer, and R. De la Rosa are dismissed, without prejudice, for improper venue and as improperly joined;
3. This action proceeds on Plaintiff's claim against Defendants Hernandez, Celedon, and Mancilla for excessive force in violation of the Eighth Amendment;
4. All other claims against Defendants Hernandez, Celedon, and Mancilla are dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted; and
5. This matter is referred back to the assigned Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **July 27, 2017**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE