# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LIPSEY, JR.,

        Plaintiff,

        vs.

DR. REDDY, et al.,

        Defendants.

1:17-cv-00569-LJO-BAM (PC)

ORDER TO SHOW CAUSE FOR FAILURE
TO SUBMIT COPIES OF THE ENDORSED
COMPLAINT FILED ON APRIL 24, 2017

**THIRTY-DAY DEADLINE**

Plaintiff Christopher Lipsey is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On June 6, 2017, the Court screened the complaint pursuant to 28 U.S.C. § 1915A, and found that it stated cognizable claim for excessive force in violation of the Eighth Amendment against Defendants Hernandez, Celedon, and Mancilla for allegedly attacking Plaintiff on March 21, 2016, but failed to state any other claims. The Court issued an order requiring Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the cognizable claim. (ECF No. 9.) On June 14, 2017, Plaintiff filed a written notice of willingness to proceed only on the claim found to be cognizable. (ECF No. 11.)

On June 19, 2017, the Court instructed the Clerk of the Court to send Plaintiff USM-285 forms, summonses, a Notice of Submission of Documents form, an instruction sheet and a copy

of the complained filed on April 14, 2017.  The Court ordered Plaintiff to complete the Notice of Submission of Documents and submit it to the Court within thirty days, along with completed summonses, a USM-285 for each defendant, and four (4) copies of the endorsed complaint. (ECF No. 12.)

On June 29, 2017, Plaintiff submitted his Notice of Submission of Documents, which included three summonses and three completed USM-285 forms.  However, Plaintiff failed to submit the required copies of the complaint. (ECF No. 17.)  Plaintiff's deadline to submit all required documents has now passed.

Thus, Plaintiff has not fully complied with the Court's June 19, 2017 order and service cannot yet be initiated.  Although Plaintiff has filed other motions with the Court, he has not sought an extension of time or given any explanation for his failure to comply with the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of this Order, Plaintiff SHALL show cause in writing for his failure to comply with the Court's June 19, 2017 order, OR Plaintiff SHALL SUBMIT four (4) copies of the endorsed complaint filed on April 24, 2017;

2. Upon receipt of the copies, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

3. **Plaintiff's failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  __**August 1, 2017**__          ___/s/ *Barbara A. McAuliffe*___
                                       UNITED STATES MAGISTRATE JUDGE