# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DR. REDDY, et al., <br><br> Defendants. | 1:17-cv-00569-LJO-BAM (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR COPIES OF THIRD AMENDED COMPLAINT <br><br> (ECF No. 36) |

Plaintiff Christopher Lipsey ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for copies of the Third Amended Complaint. Plaintiff is required to submit four (4) copies of the Third Amended Complaint for service. Plaintiff has previously submitted the necessary summonses and USM forms, which are currently retained by the Clerk of the Court. Plaintiff contends that he is suspended from the law library until January 28, 2018, and seeks for the Court to prepare the copies due to his suspension, as he cannot make the copies until that date.

The Third Amended Complaint filed on October 12, 2017 is a six-page document. In light of the relatively minimal expense involved and to avoid undue delay in this litigation, the Court will make a one-time exception here and grant Plaintiff's request. Plaintiff is further warned that although the Court has granted leave for him to proceed in forma pauperis, this generally does not entitled him to free copies of documents from the Court.  E.g., Hullom v.

| | |
|---|---|
| 1 | Kent, 262 F.2d 862, 863 (6th Cir. 1959).  The Clerk charges $.50 per page for copies of |
| 2 | documents.  See 28 U.S.C. § 1914(b).  In the future, copies of up to twenty pages may be made |
| 3 | by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and |
| 4 | submission of a large, self-addressed stamped envelope. |
| 5 |      Accordingly, it is HEREBY ORDERED that Plaintiff's motion for copies is granted. The |
| 6 | Clerk of the Court is respectfully directed to make the necessary copies of the Third Amended |
| 7 | Complaint, filed on October 12, 2017 for service of process in this matter. |
| 9 | IT IS SO ORDERED. |
| 10-11 | Dated: **December 1, 2017**          /s/ *Barbara A. McAuliffe*<br>UNITED STATES MAGISTRATE JUDGE |