# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DR. REDDY, et al., <br><br> Defendants. | 1:17-cv-00569-LJO-BAM (PC) <br><br> ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

As discussed in separate findings and recommendations, Plaintiff Christopher Lipsey has informed the Court that he does not yet have access to his legal property after a housing move. (Doc. 49.) Thus, the Court finds good cause to grant Plaintiff an extension of time to file an opposition to Defendants' motion for summary judgment, filed on May 2, 2018. (Doc. 45.)

Accordingly, it is HEREBY ORDERED that Plaintiff's response to the pending motion for summary judgment is due within **thirty (30) days** of this order. <u>Any further extension of time will require a motion supported by good cause filed before the deadline expires</u>.

IT IS SO ORDERED.

Dated: __June 4, 2018__        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE