# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DR. REDDY, et al., <br><br> Defendants. | 1:17-cv-00569-LJO-BAM (PC) <br><br> ORDER DENYING PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE <br><br> [Doc. 52, 53] |

On June 12, 2018, the Court ordered Defendants to respond to Plaintiff's request for a settlement conference in this case. (Doc. 52.) Currently before the Court is Defendants' response, in which they state that due to a pending motion which may resolve the case in its entirety, they do not desire a settlement conference. (Doc. 53.)

Based on the foregoing, Plaintiff's request to schedule a settlement conference is HEREBY DENIED. This order does not preclude any future, joint requests for a settlement conference.

IT IS SO ORDERED.

Dated: **June 26, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE