# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DR. REDDY, et al., <br><br> Defendants. | 1:17-cv-00569-LJO-BAM (PC) <br><br> ORDER REGARDING PARTIES' STIPULATION <br><br> ORDER STAYING ALL NON-EXHAUSTION DISCOVERY <br><br> [Doc. 55] |

  Plaintiff Christopher Lipsey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's third amended complaint against Defendants Hernandez, Celedon, and Mancilla for excessive force in violation of the Eighth Amendment.

  On May 2, 2018, Defendants filed a motion for summary judgment on the grounds that Plaintiff failed to properly exhaust administrative remedies. (Doc. 45.) Currently before the Court is a stipulation singed by Plaintiff and counsel for Defendants, seeking to stay all non-exhaustion related discovery until after Defendants' motion for summary judgment has been adjudicated.

  The district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). Under the circumstances of this case, the Court finds that judicial efficiency and resources will be best served by granting the agreed stay here.

1

Good cause appearing, it is HEREBY ORDERED that:

1. The parties' stipulated motion to stay all non-exhaustion related discovery (Doc. 55) is granted;

2. Discovery shall only be conducted on the issue of exhaustion of administrative remedies until Defendants' motion for summary judgment is fully briefed and submitted for ruling before the Court; and

3. The deadline to conduct all non-exhaustion related discovery will be reset by the Court after Defendants' pending motion for summary judgment has been ruled upon.

IT IS SO ORDERED.

Dated: **June 27, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE