# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DR. REDDY, et al., <br><br> Defendants. | Case No.: 1:17-cv-00569-LJO-BAM (PC) <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER <br><br> (Doc. Nos. 45, 50) <br><br> **FOURTEEN-DAY DEADLINE** |

Plaintiff Christopher Lipsey is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 29, 2018, Defendants filed a motion for summary judgment. Fed. R. Civ. P. 56. (Doc. 45.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir.1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir.1988). (Doc. 45-1.)

On June 4, 2018, the Court granted Plaintiff an extension of time to file an opposition to Defendant's summary judgment motion, based on his statements that he did not have immediate access to his legal property following a housing move. (Doc. 50.) Plaintiff's opposition was due within thirty (30) days of that order. More than thirty days have passed, and Plaintiff has not complied with the Court's order, nor has he otherwise been in contact with the Court.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **fourteen (14) days** of service of this order why this action should not be dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute. Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's motion for summary judgment. <u>Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed with prejudice.</u>

IT IS SO ORDERED.

Dated: **July 17, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE